## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

United States of America, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:26–cv–03659
                                                            Honorable Sunil R. Harjani

State of Illinois, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 12, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: Motion to appear Pro Hac Vice [17] is granted. Attorney Martin Jordan Minot for Commodity Futures Trading Commission added. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.