IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Coinbase Financial Markets, Inc. <br><br> Plaintiff, <br><br> v. <br><br> Kwame Raoul, et al. <br><br> Defendants. <br><br>———————————————— <br><br> The United States of American and Commodity Futures Trading Commission, <br><br> Plaintiffs, <br><br> v. <br><br> State of Illinois, et al. <br><br> Defendants. | **JOINT STATUS REPORT** <br><br><br><br><br><br> Case No.: 1:25−cv−15406 <br><br> and <br><br> Case No.: 26-cv-3659 <br><br> Honorable Martha M. Pacold |

Pursuant to the Court's Minute Entry Order of June 2, 2026, in *Coinbase Financial Markets, Inc. v. Kwame Raoul, et al.,* Case No.: 1:25−cv−15406, ECF No. 65, the parties submit the following joint status report addressing the questions posed by the court:

**(1) The parties' views on consolidation with Case No.: 1:25−cv−15406**

The parties take no position on whether the USA and CFTC case retains its own case number following reassignment and defer to the Court's preference.

1

**(2) Proposed schedule**

**Plaintiffs' position.** The USA and CFTC anticipate filing a motion for a preliminary injunction by June 17, which would address whether Illinois' gambling laws are preempted as to event contract swaps on CFTC-regulated exchanges. A preliminary injunction is required to protect the plaintiffs' interests in regulating event contract markets from ongoing and escalating efforts by defendants to regulate those markets and the derivatives traded on them as casino gambling. [1] The USA and CFTC propose the following briefing schedule on the anticipated motion:

- June 17: USA and CFTC Motion for a Preliminary Injunction;
- July 15: Illinois' Response Brief;
- July 22: USA and CFTC Reply.

The USA and CFTC further propose to (i) defer all other deadlines in the USA and CFTC action until after the Court's ruling on the USA and CFTC preliminary injunction motion, and (ii) file a joint status report proposing a further schedule in the action within seven days of the Court's ruling. To the extent the Court anticipates an imminent ruling on Coinbase's preliminary injunction motion (ECF No. 27), the plaintiffs propose that the parties submit a revised briefing schedule following the Court's ruling to allow the parties time to confer about the effect of the Court's ruling and to provide supplemental briefing, if necessary.

Finally, the USA and CFTC intend to oppose the defendants' motion to stay, which was filed hours before this status report. ECF No. 25. The USA and CFTC propose filing their

---

[1] *See*, *e.g.*, Brad Senkiw, Illinois Approves New Taxes on Prediction Markets, DFS Operators, Yahoo Finance (June 3, 2026), https://finance.yahoo.com/economy/policy/articles/illinois-approves-taxes-prediction-markets-171700966.htm.

response on or before June 18 (June 19 is a federal holiday) and propose that defendants file their reply, if any, by June 29.

**Defendants' position.** On June 9, defendants filed a motion to stay further proceedings in *United States v. Illinois*, No. 26 C 3659, pending the Court's ruling on the fully briefed and argued preliminary injunction motion in *Coinbase Financial Markets, Inc. v. Raoul*, No. 25 C 15406. *See* ECF 25. For the reasons explained in the motion, the Court would not benefit from duplicative briefing from the parties in *United States v. Illinois* on the same issues it already has under advisement in *Coinbase Financial Markets, Inc. v. Raoul*. And to the extent that the federal plaintiffs believe there is some urgent need for a preliminary injunction to issue (a dubious proposition for many reasons, not the least of which is that they intend to file their motion almost eleven weeks after commencing this suit), submitting duplicative briefing to the Court will not help bring about a ruling any faster. Plaintiffs reference "New Taxes on Prediction Markets," but the legislation containing those taxes has only been passed by the legislature.[2] It has yet to be sent to the Governor for his approval and therefore is not law. *See* Ill. const. art. IV, § 9.

In any event, defendants agree to the briefing schedule on their motion to stay that plaintiffs propose above and respectfully suggest that the Court should rule on the motion to stay before requiring defendants to respond to the federal plaintiffs' anticipated preliminary injunction motion. In the alternative, if the Court determines that the preliminary injunction motion should be briefed now, defendants agree to the briefing schedule on that motion that plaintiffs propose above.

**Coinbase's position.** Coinbase takes no position on the specific briefing schedules as to the USA/CFTC and Illinois motions discussed above. However, to the extent those motions impact

---

[2] *See* https://www.ilga.gov/Legislation/BillStatus?GAID=18&DocNum=3019&DocTypeID=SB&LegId= 165557&SessionID=114. The referenced tax is in article 130 of Senate Bill 3019 located on pages 1281-90 of the enrolled version of the bill available at this link: https://www.ilga.gov/documents/legislation/ 104/SB/PDF/10400SB3019enr.pdf.

the Court's consideration of Coinbase's preliminary injunction motion, Coinbase respectfully requests that those motions be addressed promptly.

**(3) Status hearing**

The USA and CFTC do not believe a status hearing is necessary at this time. Defendants respectfully suggest that a status hearing would be useful to discuss various issues pertaining to the parties' pending and anticipated motions.

**(4) Any other matters the parties wish to bring to the court's attention.**

None.

Respectfully submitted,

/s/ M. Jordan Minot
M. Jordan Minot
U.S. Commodity Futures Trading Commission
Three Lafayette Center
1155 21st Street, NW
Washington, D.C. 20581
Tel: (202) 312-596-0536
Fax: (202) 418-5567
*Attorney for Plaintiff Commodity Futures Trading Commission*

/s/ Alexandra McTague (with permission)
Alexandra McTague
U.S. Department of Justice Civil Division
Enforcement & Affirmative Litigation Branch
450 5th Street, NW, Suite 6400-South
Washington, D.C. 20530
Tel: (202) 718-0483
Alexandra.mctague2@usdoj.gov
*Attorney for Plaintiff United States of America*

4

/s/ Darren Kinkead (with permission)
Darren Kinkead
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov
*Attorney for Defendants*

/s/ Benjamin R. Walker (with permission)
Benjamin R. Walker
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
walkerb@sullcrom.com
*Attorney for Plaintiff Coinbase Financial Markets, Inc.*

5