**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION, <br><br> *Plaintiffs*, <br><br> COALITION FOR FAIR MARKETS and NORTH AMERICAN DERIVATIVES EXCHANGE, INC., d/b/a OG, <br><br> *Plaintiff-Intervenors*, <br><br> STATE OF ILLINOIS et al., <br><br> *Defendants*. | Case No. 26-cv-3659 <br><br> Honorable Martha M. Pacold <br><br><br> **JOINT STATUS REPORT** |

## JOINT STATUS REPORT

Plaintiffs Coalition for Fair Markets ("Coalition"); United States of America and Commodity Futures Trading Commission ("CFTC"); KalshiEX LLC ("Kalshi"); and North American Derivatives Exchange, Inc., d/b/a OG ("OG") (collectively, "Plaintiffs"); and Defendants State of Illinois, JB Pritzker, Kwame Raoul, Dionne Hayden, Sean Brannon, Stephen Ferrara, Caleb Melamed, and Marcus Fruchter (collectively, "Defendants") respectfully submit this joint status report pursuant to the Court's July 14, 2026 docket entry. ECF No. 66. The parties have met and conferred and agree that reply briefs to Defendants' omnibus opposition to the pending motions for preliminary injunction, *see* Dkt. Nos. 31, 60; *KalshiEX LLC v. Raoul et al.*, No. 26-cv-07363, Dkt. No. 19, shall be filed on July 24, 2026, in accordance with the below. Plaintiffs agree to coordinate with one another to eliminate any redundancies across reply briefs, to the extent feasible.

1. The United States and the CFTC shall file a reply, not to exceed 15 pages.

2. The Coalition shall file a reply, not to exceed 10 pages.

3. Kalshi shall file a reply, not to exceed 15 pages.

4. OG shall file a reply, not to exceed 10 pages.

Dated: July 20, 2026                  Respectfully submitted,

/s/ Matthew S. Owen
Jeffrey B. Wall (*pro hac vice*)
Matthew S. Owen (N.D. Ill. General Bar
No. 4650388)
John W. Tienken (*pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
jwall@gibsondunn.com
mowen@gibsondunn.com
jtienken@gibsondunn.com

Yaira Dubin (*pro hac vice*)
Jordan Estes (*pro hac vice*)
Christina Stella Cernak (*pro hac vice*)
Trevor Bondy Gopnik (*pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
ydubin@gibsondunn.com
jestes@gibsondunn.com
scernak@gibsondunn.com
tgopnik@gibsondunn.com

*Attorneys for Coalition
for Fair Markets*

/s/ Laura Bernescu
Laura Bernescu
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
320 S. Canal Street
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
laura.bernescu@skadden.com

David Meister (*pro hac vice*)
Robert A. Fumerton (*pro hac vice*)
Judith A. Flumenbaum (*pro hac vice*)

/s/ David W. Rubin
David W. Rubin (*pro hac vice*)
Senior Assistant General Counsel
Tyler S. Badgley
General Counsel
M. Jordan Minot (*pro hac vice*)
Deputy General Counsel
Carlin Metzger (Ill. ARDC No. 6275516)
Senior Assistant General Counsel
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, DC 20581
Telephone: (202) 418-5734
Fax: (202) 418-5567
drubin@cftc.gov
tbadgley@cftc.gov
jminot@cftc.gov
cmetzger@cftc.gov

*Attorneys for the Commodity Futures
Trading Commission*

/s/ Tiberius Davis
Tiberius Davis
Counsel to the Assistant Attorney General
Brett A. Shumate
Assistant Attorney General Civil Division
Aleandra McTague Schulte
Senior Litigation Counsel
450 5th St. NW
Washington, DC 20001
Telephone: (202) 860-8970
tiberius.davis@usdoj.gov
alexandra.schulte@usdoj.gov

*Attorneys for the United States of America*

/s/ Thadford A. Felton
Thadford A. Felton (IL ARDC No. 6224896)
Susan Meyer (IL ARDC No. 6226450)
UB GREENSFELDER LLP

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-2000
david.meister@skadden.com
robert.fumerton@skadden.com
judy.flumenbaum@skadden.com

Shay Dvoretzky (*pro hac vice*)
Parker Rider-Longmaid (*pro hac vice*)
Sylvia O. Tsakos (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
shay.dvoretzky@skadden.com
parker.rider-longmaid@skadden.com
sylvia.tsakos@skadden.com

*Attorneys for North American
Derivatives Exchange, Inc., d/b/a OG*

200 West Madison | Suite 3300
Chicago, IL 60606
Telephone: (312) 658-6500
tfelton@ubglaw.com
smeyer@ubglaw.com

Neal Kumar Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
Colleen E. Roh Sinzdak (*pro hac vice*)
William E. Havemann (*pro hac vice*)
Anastasia Pastan (*pro hac vice*)
MILBANK LLP
1101 New York Avenue NW
Washington, DC 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Jed M. Schwartz (*pro hac vice*)
Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
Katherine Kelly Fell (*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Attorneys for KalshiEX LLC*

Darren Kinkead
Darren Kinkead
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
darren.kinkead@ilag.gov

*Attorney for Defendants*