**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THE UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION,

Plaintiffs,

COALITION FOR FAIR MARKETS and NORTH AMERICAN DERIVATIVES EXCHANGE, INC., d/b/a OG,

Intervenors,

v.

STATE OF ILLINOIS; JB PRITZKER, the Governor of Illinois in his official capacity; KWAME RAOUL, in his official capacity as Attorney General of Illinois; DIONNE R. HAYDEN, in her official capacity as Chairperson of the Illinois Gaming Board; SEAN BRANNON, in his official capacity as Member of the Illinois Gaming Board; STEPHEN R. FERRARA, in his official capacity as Member of the Illinois Gaming Board; CALEB J. MELAMED, in his official capacity as Member of the Illinois Gaming Board; and MARCUS D. FRUCHTER, in his official capacity as Administrator of the Illinois Gaming Board,

Defendants.

No. 26 C 3659

Honorable Martha M. Pacold

**NOTICE OF APPEAL**

Defendants State of Illinois; JB Pritzker, the Governor of Illinois in his official capacity; Kwame Raoul, in his official capacity as Attorney General of Illinois; Dionne R. Hayden, in her official capacity as Chairperson of the Illinois Gaming Board; Sean Brannon, in his official capacity as Member of the Illinois Gaming Board; Stephen R. Ferrara, in his official capacity as

Member of the Illinois Gaming Board; Caleb J. Melamed, in his official capacity as Member of the Illinois Gaming Board; and Marcus D. Fruchter, in his official capacity as Administrator of the Illinois Gaming Board, hereby appeal to the United States Court of Appeals for the Seventh Circuit from this Court's preliminary injunction order entered on October 30, 2026, in this case, ECF 105, and in *Coinbase Financial Markets, Inc. v. Raoul*, No. 25 C 15406, ECF 98, and *KalshiEX LLC v. Raoul*, No. 26 C 7363, ECF 64. A notice of appeal has been filed in each case in which this order was entered. In this appeal, Defendants request that the district court's order granting a preliminary injunction be reversed and vacated, and any other appropriate relief.

Dated: October 30, 2026

Respectfully submitted,

/s/ Darren Kinkead

Darren Kinkead
Office of the Attorney General
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

COINBASE FINANCIAL MARKETS, INC.,

Plaintiff,

v.

KWAME RAOUL, in his official capacity as Attorney General of Illinois, et al.,

Defendants.

---

UNITED STATES OF AMERICA; et al.,

Plaintiffs, and

COALITION FOR FAIR MARKETS; NORTH AMERICAN DERIVATIVES EXCHANGE, INC., d/b/a OG,

Intervenor Plaintiffs,

v.

STATE OF ILLINOIS; et al.,

Defendants.

---

KALSHIEX LLC,

Plaintiff,

v.

KWAME RAOUL, in his official capacity as Attorney General of Illinois, et al.,

Defendants.

---

Case Nos. 1:25-cv-15406; 1:26-cv-03659; 1:26-cv-07363

Hon. Martha M. Pacold

**PRELIMINARY INJUNCTION**

Defendants, as well as their successors, agents, and employees, are hereby preliminarily enjoined from enforcing 230 ILCS 45/art. 25, *et seq*., 720 ILCS 5/28-1(a), 230 ILCS 10/18(a)(1), and 11 Ill. Admin. Code 1900.1210(a), as related to the trading of swaps, including sports event contracts, listed on or available through Designated Contract Markets and Futures Commission Merchants regulated by the Commodity Futures Trading Commission, including by enforcing licensing requirements, associated fees, taxes, and related criminal provisions, or by engaging in any criminal or civil enforcement actions, subpoena process, or other compulsory investigative process.

Dated: October 30, 2026

By: /s/ Martha M. Pacold
Judge Martha M. Pacold

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

United States of America, et al.
Plaintiff,
v.
State of Illinois, et al.
Defendant.

Case No.: 1:26−cv−03659
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2026:

MINUTE entry before the Honorable Martha M. Pacold: On review of the joint status report [101] and the proposed preliminary injunction submitted to the proposed order box, and for the reasons in the memorandum opinion and order [99] and status report [101], the motions for preliminary injunction [31], [51], [60] are granted. The proposed preliminary injunction is adopted. Enter preliminary injunction. By 11/12/26, the parties should file a joint status report proposing next steps. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

APPEAL,VALDEZ

# United States District Court
# Northern District of Illinois - CM/ECF NextGen 1.9 (rev. 1.9) (Chicago)
# CIVIL DOCKET FOR CASE #: 1:26-cv-03659
# Internal Use Only

United States of America et al v. State of Illinois et al
Assigned to: Honorable Martha M. Pacold
Cause: 28:2201 Constitutionality of State Statute(s)

Date Filed: 04/02/2026
Jury Demand: None
Nature of Suit: 950 Constitutional - State Statute
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America** represented by **Alexandra Schulte**
DOJ-Civ
Enforcement & Affirmative Litigation
PO Box 386
Washington, DC 20044
202-718-0483
Email: alexandra.schulte@usdoj.gov
*ATTORNEY TO BE NOTICED*

**David Waldinger Rubin**
U.S. Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, DC 20581
(202) 418-5734
Fax: Pro Hac Vice
Email: drubin@cftc.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commodity Futures Trading Commission** represented by **Anne W Stukes**
Commodity Futures Trading Commission
Office of the General Counsel
1155 21st Street, N.W.
Washington, DC 20581
202-418-5127
Fax: 202-418-5567
Email: astukes@cftc.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Waldinger Rubin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martin Jordan Minot**
U.S. Commodity Futures Trading Commission
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
(202) 209-1087
Fax: Pro Hac Vice
Email: jminot@cftc.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carlin R Metzger**
U.S. Commodity Futures Trading Commission
Ralph Metcalf Federal Office Building
77 W. Jackson Blvd.
Suite 800
Chicago, IL 60604
312-596-0536
Fax: Active
Email: cmetzger@cftc.gov
*ATTORNEY TO BE NOTICED*

**Alexandra Schulte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Rincon Band of Luiseno Indians** | represented by | **Rincon Band of Luiseno Indians**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Spokane Tribe of the Spokane Reservation** | represented by | **Spokane Tribe of the Spokane Reservation**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Santa Ynez Band of Chumash Indians** | represented by | **Santa Ynez Band of Chumash Indians**<br>PRO SE |

V.

**Defendant**

| | | |
|---|---|---|
| **State of Illinois** | represented by | **Darren Bernens Kinkead**<br>Illinois Attorney General's Office<br>115 South LaSalle Street<br>Chicago, IL 60603<br>773-590-6967<br>Email: darren.kinkead@ilag.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JB Pritzker**
*the Governor of Illinois in his official capacity*

represented by **Darren Bernens Kinkead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kwame Raoul**
*in his official capacity as Attorney General of Illinois*

represented by **Darren Bernens Kinkead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dionne R. Hayden**
*in her official capacity as Chairperson of the Illinois Gaming Board*

represented by **Darren Bernens Kinkead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sean Brannon**
*in his official capacity as Member of the Illinois Gaming Board*

represented by **Darren Bernens Kinkead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen R. Ferrara**
*in his official capacity as Member of the Illinois Gaming Board*

represented by **Darren Bernens Kinkead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Caleb J. Melamed**
*in his official capacity as Member of the Illinois Gaming Board*

represented by **Darren Bernens Kinkead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marcus D. Fruchter**
*in his official capacity as Administrator of the Illinois Gaming Board*

represented by **Darren Bernens Kinkead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Coalition for Fair Markets**

represented by **Matthew Scott Owen**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, DC 20036-4504
202-955-8616
Email: MOwen@gibsondunn.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Christina Marie Cernak**
Gibson, Dunn, & Crutcher
200 Park Avenue
New York, NY 10166
(212) 351-4000
Fax: Pro Hac Vice
Email: SCernak@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Wall**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, DC 20036-4504
202-955-8533
Email: jwall@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John William Tienken**
Gibson, Dunn, & Crutcher
1700 M St NW
Washington, DC 20002
(202) 955-8255
Fax: Pro Hac Vice
Email: jtienken@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Lancaster Estes**
Gibson, Dunn, & Crutcher
200 Park Avenue
New York, NY 10166-0193
(212) 351-3906
Fax: Pro Hac Vice
Email: jestes@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Trevor Bondy Gopnik**
Gibson, Dunn, & Crutcher
200 Park Avenue
New York, NY 10166
(212) 352-6356
Fax: Pro Hac Vice
Email: TGopnik@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yaira Dubin**
Gibson, Dunn & Crutcher LLP
200 Park Avenue

New York, NY 10166-0193
212-351-3826
Email: ydubin@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**North American Derivatives Exchange, Inc., d/b/a OG**

represented by

**David Meister**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
(212) 735-2100
Fax: Pro Hac Vice
Email: david.meister@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Judith A. Flumenbaum**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
(212) 735-2764
Fax: Pro Hac Vice
Email: judy.flumenbaum@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura Bernescu**
Skadden, Arps, Slate, Meagher & Flom LLP
320 S. Canal St.
Ste 47th Floor
Chicago, IL 60606-5707
312-407-0700
Fax: 312-407-0711
Email: laura.bernescu@skadden.com
*ATTORNEY TO BE NOTICED*

**Parker Andrew Rider-Longmaid**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111
202-371-7061
Email: parker.rider-longmaid@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert A. Fumerton**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3902
Email: robert.fumerton@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shay Dvoretzky**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
202-371-7370
Fax: 202-661-2370
Email: nina.howe-goldstein@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvia Tsakos**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7554
Fax: Pro Hac Vice
Email: sylvia.tsakos@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Yuhaaviatam of San Manuel Nation** represented by **Michael Hoenig**
Yuhaaviatam of San Manuel Nation
422 1st St SE
Washington, DC 20003
909-936-9684
Fax: Not a member
Email: michael.hoenig@sanmanuel-nsn.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**San Manuel Gaming and Hospitality Authority** represented by **Michael Hoenig**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Indian Gaming Association** represented by **Alexandra Katherine Holden**
Hobbs, Straus, Dean & Walker LLP
1899 L St
Suite 1200
Washington, DC 20036
202-822-8282
Email: aholden@hobbsstraus.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
Hobbs, Straus, Dean & Walker, LLP
1899 L Street NW
Suite 1200
Washington, DC 20036

(202) 822-8282
Fax: Pro Hac Vice
Email: ebower@hobbsstraus.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
Hobbs, Straus, Dean & Walker, LLP
1899 L St., NW
Suite 1200
Washington, DC 20036
(202) 822-8282
Fax: Pro Hac Vice
Email: jcamp@hobbsstraus.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
Hobbs, Straus, Dean & Walker, LLP
1899 L Street NW
Suite 1200
Washington, DC 20036
(202) 822-8282
Fax: Pro Hac Vice
Email: jwebster@hobbsstraus.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**National Congress of American Indians** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**United South and Eastern Tribes Sovereignty Protection Fund** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Arizona Indian Gaming Association** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**California Nations Indian Gaming Association** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Minnesota Indian Gaming Association** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Oklahoma Indian Gaming Association** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Washington Indian Gaming Association** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Tribal Gaming Protection Network** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**National Tribal Gaming Commissioners & Regulators** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Native American Fiance Officers Association** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Agua Caliente Band of Cahuilla Indians** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Bear River Band of the Rohnerville Rancheria** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Elk Valley Rancheria** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Hannahville Indian Community** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Iowa Tribe of Oklahoma** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Jamestown S'Klallam Tribe** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Karuk Tribe** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Kickapoo Traditional Tribe of Texas** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Lytton Rancheria** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Mashantucket Pequot Tribal Nation** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Mohegan Tribe of Indians of Connecticut** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Morongo Band of Mission Indians** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Oneida Nation** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Pechanga Band of Indians** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Pueblo of Acoma** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Pueblo of Sandia** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Seminole Tribe of Florida** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**
**Table Mountain Rancheria** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**
**Wilton Rancheria** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**
**Yavapai-Apache Nation** represented by **Alexandra Katherine Holden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bower**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Webster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Rincon Band of Luiseno Indians** represented by **Scott David Crowell**
Crowell Law Office-Tribal Advocacy Group
1487 W. State Route 89a, Suite 8
Sedona, AZ 86336
(425) 802-5369
Fax: Pro Hac Vice
Email: scottcrowell@clotag.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Spokane Tribe of the Spokane Reservation** represented by **Scott David Crowell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Santa Ynez Band of Chumash Indians** represented by **Scott David Crowell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/02/2026 | 1 | COMPLAINT filed by COMMODITY FUTURES TRADING COMMISSION, UNITED STATES OF AMERICA; (McTague, Alexandra) (Entered: 04/02/2026) |
| 04/02/2026 | 2 | CIVIL Cover Sheet (McTague, Alexandra) (Entered: 04/02/2026) |
| 04/02/2026 | | CASE ASSIGNED to the Honorable Sunil R. Harjani. Designated as Magistrate Judge the Honorable Maria Valdez. Case assignment: Random assignment. (Civil Category 3). (vkm, ) (Entered: 04/02/2026) |
| 04/02/2026 | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any |

| | | |
|---|---|---|
| | | joint filing, including the Joint Initial Status Report or proposed Case Management Order. (vkm, ) (Entered: 04/02/2026) |
| 04/02/2026 | 11 | SUMMONS Issued (Court Participant) as to Defendants Sean Brannon, in his official capacity as Member of the Illinois Gaming Board, Stephen Ferrara, in his official capacity as Member, Illinois Gaming Board, Marcus Fruchter, in his official capacity as Administrator of the Illinois Gaming Board, Dionne R Hayden, in her official capacity as Chairperson of the Illinois Gaming Board, Caleb Melamed, in his official capacity as Member of the Illinois Gaming Board, Govenor Pritzker, Kwame Raoul, in his official capacity as Attorney General for the State of Illinois, State of Illinois (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons)(axm, ) (Entered: 04/02/2026) |
| 04/02/2026 | 12 | MINUTE entry before the Honorable Sunil R. Harjani: An initial status hearing is set for 6/11/2026 at 9:15 a.m. by telephone. By 6/4/2026, the parties shall file a joint initial status report. A template for the Joint Initial Status Report can be found on the Court's web page. If the defendant(s) have not been served by the initial status date, counsel for plaintiff is to contact the Courtroom Deputy to reschedule the status hearing and the date for filing an initial status report. In some cases, the scheduled initial status hearing may take place before a defendant has responded to the plaintiff's complaint. The Court expects all defendants who have been served with process to participate in the scheduling conference even if they have not yet responded to the complaint. The call-in number is (855) 244-8681 and the access code is 172 628 1276##. Attorneys of record may not use speakerphones during the status hearing. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice (lxs, ) (Entered: 04/02/2026) |
| 04/16/2026 | 13 | WAIVER OF SERVICE returned executed by United States of America. All Defendants (Received via pro se online portal on 4/16/26). (Attachments: # 1 Waiver Of Service, # 2 Waiver Of Service, # 3 Waiver Of Service, # 4 Waiver Of Service, # 5 Waiver Of Service, # 6 Waiver Of Service, # 7 Waiver Of Service) (bi, ) (Entered: 04/16/2026) |
| 04/21/2026 | 14 | ATTORNEY Appearance for Plaintiff Commodity Futures Trading Commission by Carlin R Metzger (Metzger, Carlin) (Entered: 04/21/2026) |
| 05/07/2026 | 15 | MOTION by Plaintiff Commodity Futures Trading Commission for Anne W. Stukes to Appear Pro Hac Vice as a federal attorney without $150 fee<br><br>(Stukes, Anne) (Entered: 05/07/2026) |
| 05/08/2026 | 16 | MINUTE entry before the Honorable Sunil R. Harjani: Motion 15 is granted. Attorney Anne W Stukes for Commodity Futures Trading Commission added. Mailed notice (lxs, ) (Entered: 05/08/2026) |
| 05/11/2026 | 17 | MOTION by Plaintiff Commodity Futures Trading Commission for M. Jordan Minot to appear Pro Hac Vice as a federal attorney without $150 fee<br><br>(Minot, Martin) (Entered: 05/11/2026) |
| 05/12/2026 | 18 | MINUTE entry before the Honorable Sunil R. Harjani: Motion to appear Pro Hac Vice 17 is granted. Attorney Martin Jordan Minot for Commodity Futures Trading Commission added. Mailed notice (lxs, ) (Entered: 05/12/2026) |

| | | |
|---|---|---|
| 05/26/2026 | 19 | MOTION by Plaintiff Commodity Futures Trading Commission for David W. Rubin to Appear Pro Hac Vice as a federal attorney without $150 fee<br><br>(Rubin, David) (Entered: 05/26/2026) |
| 05/26/2026 | 20 | ATTORNEY Appearance for Defendants Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois by Darren Bernens Kinkead (Kinkead, Darren) (Entered: 05/26/2026) |
| 05/26/2026 | 21 | NOTICE by All Defendants (Attachments: # 1 Exhibit Motion to reassign filed in Coinbase Financial Markets, Inc. v. Raoul, No. 25 C 15406 (N.D. Ill.))(Kinkead, Darren) (Entered: 05/26/2026) |
| 05/27/2026 | 22 | MINUTE entry before the Honorable Sunil R. Harjani: Motion 19 is granted. Attorney David Waldinger Rubin for Commodity Futures Trading Commission added.Mailed notice (lxs, ) (Entered: 05/27/2026) |
| 06/02/2026 | 24 | MINUTE entry before the Executive Committee: Case reassigned to the Honorable Martha Pacold for all further proceedings pursuant to Local Rule Local Rule 40.4. Mailed notice. (Attachments: # 1 Request for Reassignment) (bi,) (Entered: 06/09/2026) |
| 06/08/2026 | 23 | MINUTE entry before the Honorable Sunil R. Harjani: Pending a decision on reassignment, the status hearing previously set for 6/11/2026 is stricken and reset to 8/11/2026 at 9:15 a.m. by telephone. The call-in number is (855) 244-8681 and the access code is 172 628 1276##. Attorneys of record may not use speakerphones during the status hearing. Members of the public and media will be able to call in to listen to this hearing, but will be placed on mute. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice (lxs, ) (Entered: 06/08/2026) |
| 06/09/2026 | 25 | MOTION by Defendants Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois to stay<br><br>(Kinkead, Darren) (Entered: 06/09/2026) |
| 06/09/2026 | 26 | STATUS Report by Commodity Futures Trading Commission<br><br>(Minot, Martin) (Entered: 06/09/2026) |
| 06/15/2026 | 27 | MINUTE entry before the Honorable Martha M. Pacold: The court has received the parties' joint status report, 66 . Both dockets (No. 25 C 15406 and No. 26 C 3659) will remain open. The court adopts the parties' proposed briefing schedule on defendants' motion to stay (26 C 3659 25 ). The USA and CFTC's response is due by 6/25/2026, and defendants' reply is due by 7/6/2026. The court also adopts plaintiff's proposed briefing schedule on plaintiff's anticipated motion for a preliminary injunction in USA v. Illinois. The USA's and CFTC's Motion for a Preliminary Injunction is due 6/17/2026, the defendants' response is due 7/15/2026, and the USA and CFTC's reply is due 7/22/2026. If any party requests a different schedule for either motion, they should file a joint status report. Additionally, all parties shall file a joint status report by 7/8/2026 on whether any party requests a status hearing and any other matters the parties wish to bring to the court's attention. Mailed notice (jjr, ) (Entered: 06/15/2026) |

| | | |
|---|---|---|
| 06/16/2026 | 28 | MOTION by Plaintiffs Commodity Futures Trading Commission, United States of America for Leave to File Oversize Brief<br><br>(Rubin, David) (Entered: 06/16/2026) |
| 06/17/2026 | 29 | RESPONSE by Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois in Opposition to MOTION by Plaintiffs Commodity Futures Trading Commission, United States of America for Leave to File Oversize Brief<br><br>28 (Kinkead, Darren) (Entered: 06/17/2026) |
| 06/17/2026 | 30 | AMENDED complaint by Commodity Futures Trading Commission, United States of America against All Defendants (Rubin, David) (Entered: 06/17/2026) |
| 06/17/2026 | 31 | MOTION by Plaintiffs Commodity Futures Trading Commission, United States of America for preliminary injunction<br><br>(Attachments: # 1 Declaration of Joshua Beale)(Rubin, David) (Entered: 06/17/2026) |
| 06/18/2026 | 32 | MINUTE entry before the Honorable Martha M. Pacold: Plaintiffs' opposed motion for leave to file oversized brief, 28 is granted. The parties should confer on reasonable page limits for all forthcoming briefs and file a joint status report by 6/23/26 with their agreed proposal. Mailed notice. (lxk, ) (Entered: 06/18/2026) |
| 06/18/2026 | 33 | STATUS Report by Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois<br><br>(Kinkead, Darren) (Entered: 06/18/2026) |
| 06/22/2026 | 34 | MINUTE entry before the Honorable Martha M. Pacold: The court has received the parties' joint status report, 33 , and adopts the parties' proposed page limits. Defendants' response to plaintiffs' motion for preliminary injunction, 31 , shall not exceed 27 pages, and plaintiffs' reply shall not exceed 15 pages. Plaintiffs' response to defendants' motion to stay, 25 , shall not exceed 15 pages. Defendants' reply shall also not exceed 15 pages. Mailed notice. (lxk, ) (Entered: 06/22/2026) |
| 06/25/2026 | 35 | RESPONSE by Commodity Futures Trading Commission, United States of Americain Opposition to MOTION by Defendants Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois to stay<br><br>25 (Rubin, David) (Entered: 06/25/2026) |
| 07/01/2026 | 36 | ATTORNEY Appearance for Intervenor Plaintiff Coalition for Fair Markets by Matthew Scott Owen (Owen, Matthew) (Entered: 07/01/2026) |
| 07/01/2026 | 37 | MOTION by Intervenor Plaintiff Coalition for Fair Markets to intervene<br><br>(Attachments: # 1 Exhibit A - [Proposed] Complaint in Intervenor for Declaratory Judgment and Injunctive Relief)(Owen, Matthew) (Entered: 07/01/2026) |
| 07/01/2026 | 38 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Coalition for Fair Markets // *Proposed Plaintiff-Intervenor Coalition for Fair Markets Corporate Disclosure Statement* (Owen, Matthew) (Entered: 07/01/2026) |
| 07/01/2026 | 39 | MOTION for Leave to Appear Pro Hac Vice on behalf of Coalition for Fair Markets by Jeffrey B. Wall; Filing fee $ 150, receipt number AILNDC-25325576. |

| | | |
|---|---|---|
| | | (Wall, Jeffrey) (Entered: 07/01/2026) |
| 07/01/2026 | 40 | MOTION for Leave to Appear Pro Hac Vice on behalf of Coalition for Fair Markets by Jordan Lancaster Estes; Filing fee $ 150, receipt number AILNDC-25325748.<br><br>(Estes, Jordan) (Entered: 07/01/2026) |
| 07/01/2026 | 41 | MOTION for Leave to Appear Pro Hac Vice on behalf of Coalition for Fair Markets by Trevor Bondy Gopnik; Filing fee $ 150, receipt number AILNDC-25325778.<br><br>(Gopnik, Trevor) (Entered: 07/01/2026) |
| 07/01/2026 | 42 | MOTION for Leave to Appear Pro Hac Vice on behalf of Coalition for Fair Markets by Yaira Dubin; Filing fee $ 150, receipt number AILNDC-25325792.<br><br>(Dubin, Yaira) (Entered: 07/01/2026) |
| 07/02/2026 | 43 | MOTION for Leave to Appear Pro Hac Vice on behalf of Coalition for Fair Markets by Christina Marie Cernak; Filing fee $ 150, receipt number AILNDC-25330009.<br><br>(Cernak, Christina) (Entered: 07/02/2026) |
| 07/02/2026 | 44 | MOTION for Leave to Appear Pro Hac Vice on behalf of Coalition for Fair Markets by John William Tienken; Filing fee $ 150, receipt number AILNDC-25333137.<br><br>(Tienken, John) (Entered: 07/02/2026) |
| 07/02/2026 | 45 | MINUTE entry before the Honorable Martha M. Pacold: Jeffrey B. Wall's, Jordan Lancaster Estes's, Trevor Bondy Gopnik's, Yaira Dubin's, Christina Marie Cernak's, and John William Tienken's motions for leave to appear pro hac vice on behalf of the Coalition for Fair Markets, 39 , 40 , 41 , 42 , 43 , 44 , are granted. In the 7/8/26 status report previously set (see 27 ), the parties should address (1) whether any party opposes Coalition for Fair Markets's Motion to Intervene, 37 , and if so proposing a briefing schedule; (2) whether intervention would affect the briefing schedule on plaintiffs Commodity Futures Trading Commission and the United States of America's motion for preliminary injunction, see 27 ; 31 ; and (3) any request for a status hearing. Mailed notice. (lxk, ) (Entered: 07/02/2026) |
| 07/02/2026 | 46 | ATTORNEY Appearance for Intervenor Plaintiff North American Derivatives Exchange, Inc., d/b/a OG by Laura Bernescu (Bernescu, Laura) (Entered: 07/02/2026) |
| 07/02/2026 | 47 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by North American Derivatives Exchange, Inc., d/b/a OG (Bernescu, Laura) (Entered: 07/02/2026) |
| 07/02/2026 | 48 | MOTION by Intervenor Plaintiff North American Derivatives Exchange, Inc., d/b/a OG to intervene *(Unopposed)*<br><br>(Bernescu, Laura) (Entered: 07/02/2026) |
| 07/02/2026 | 49 | MEMORANDUM by North American Derivatives Exchange, Inc., d/b/a OG in support of motion to intervene 48 (Attachments: # 1 Declaration of Laura Bernescu, # 2 Exhibit A - Cease and Desist Letter, # 3 Exhibit B - Proposed Complaint) (Bernescu, Laura) (Entered: 07/02/2026) |
| 07/02/2026 | 50 | STIPULATION regarding motion to intervene 48 (Bernescu, Laura) (Entered: 07/02/2026) |

| | | |
|---|---|---|
| 07/02/2026 | 51 | MOTION by Intervenor Plaintiff North American Derivatives Exchange, Inc., d/b/a OG for joinder *to Plaintiffs' Motion for Preliminary Injunction*<br><br>(Bernescu, Laura) (Entered: 07/02/2026) |
| 07/02/2026 | 52 | REPLY by Defendants Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois to motion to stay 25 (Kinkead, Darren) (Entered: 07/02/2026) |
| 07/06/2026 | 53 | MOTION for Leave to Appear Pro Hac Vice on behalf of North American Derivatives Exchange, Inc., d/b/a OG by Robert A. Fumerton; Filing fee $ 150, receipt number AILNDC-25336590.<br><br>(Fumerton, Robert) (Entered: 07/06/2026) |
| 07/06/2026 | 54 | MOTION for Leave to Appear Pro Hac Vice on behalf of North American Derivatives Exchange, Inc., d/b/a OG by Shay Dvoretzky; Filing fee $ 150, receipt number AILNDC-25336647.<br><br>(Dvoretzky, Shay) (Entered: 07/06/2026) |
| 07/06/2026 | 55 | MOTION for Leave to Appear Pro Hac Vice on behalf of North American Derivatives Exchange, Inc., d/b/a OG by Parker Andrew Rider-Longmaid; Filing fee $ 150, receipt number AILNDC-25336688.<br><br>(Rider-Longmaid, Parker) (Entered: 07/06/2026) |
| 07/06/2026 | 56 | MOTION for Leave to Appear Pro Hac Vice on behalf of North American Derivatives Exchange, Inc., d/b/a OG by David Meister; Filing fee $ 150, receipt number AILNDC-25336734.<br><br>(Meister, David) (Entered: 07/06/2026) |
| 07/07/2026 | 57 | MOTION for Leave to Appear Pro Hac Vice on behalf of North American Derivatives Exchange, Inc., d/b/a OG by Judith A. Flumenbaum; Filing fee $ 150, receipt number AILNDC-25345116.<br><br>(Flumenbaum, Judith) (Entered: 07/07/2026) |
| 07/07/2026 | 58 | MOTION for Leave to Appear Pro Hac Vice on behalf of North American Derivatives Exchange, Inc., d/b/a OG by Sylvia Tsakos; Filing fee $ 150, receipt number AILNDC-25345172.<br><br>(Tsakos, Sylvia) (Entered: 07/07/2026) |
| 07/07/2026 | 59 | MINUTE entry before the Honorable Martha M. Pacold: Robert A. Fumerton's, Shay Dvoretzky's, Parker Andrew Rider-Longmaid's, and David Meister's motions for leave to appear pro hac vice on behalf of the North American Derivatives Exchange, Inc., 53 , 54 , 55 , 56 , are granted. Mailed notice. (lxk, ) (Entered: 07/07/2026) |
| 07/07/2026 | 60 | MOTION by Intervenor Plaintiff Coalition for Fair Markets for preliminary injunction<br><br>(Attachments: # 1 Declaration of Matt David, # 2 Declaration of Dan Lee, # 3 Declaration of Scott Kallback)(Owen, Matthew) (Entered: 07/07/2026) |

| | | |
|---|---|---|
| 07/08/2026 | 61 | MINUTE entry before the Honorable Martha M. Pacold: Judith A. Flumenbaum's and Sylvia Tsakos's motions for leave to appear pro hac vice on behalf of the North American Derivatives Exchange, Inc., 57 , 58 , are granted. Mailed notice. (lxk, ) (Entered: 07/08/2026) |
| 07/08/2026 | 62 | STATUS Report by Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois<br><br>(Kinkead, Darren) (Entered: 07/08/2026) |
| 07/10/2026 | 63 | STATUS Report by Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois<br><br>(Kinkead, Darren) (Entered: 07/10/2026) |
| 07/10/2026 | 64 | MINUTE entry before the Honorable Martha M. Pacold: Telephone status hearing set for 7/14/2026 at 11:00 a.m. CT. Across two cases and several different motions for a preliminary injunction, one of which has already been argued and briefed, there seems to be substantial overlap in merits issues. The parties should come prepared to discuss the most sensible and efficient manner for resolving the pending motions, given their overlap. To join the telephone hearing please dial 650-479-3207 and enter access code 2310 276 7442#. Press # when prompted for an attendee number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The parties should send this order to the parties in 1:26-cv-07363 KalshiEX LLC v. Raoul et al. (Entered: 07/10/2026) |
| 07/13/2026 | 65 | MINUTE entry before the Honorable Martha M. Pacold: Telephone status hearing set for 7/14/2026 at 11:00 a.m. CT. Across two cases and several different motions for a preliminary injunction, one of which has already been argued and briefed, there seems to be substantial overlap in merits issues. The parties should come prepared to discuss the most sensible and efficient manner for resolving the pending motions, given their overlap. To join the telephone hearing please dial 650-479-3207 and enter access code 2310 276 7442#. Press # when prompted for an attendee number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The parties should send this order to the parties in 1:26-cv-07363 KalshiEX LLC v. Raoul et al. Mailed notice. (lxk, ) (Entered: 07/13/2026) |
| 07/14/2026 | 66 | MINUTE entry before the Honorable Martha M. Pacold: Telephone status hearing held on 7/14/2026. Defendants' motion to stay, 25 , is withdrawn. Intervenor plaintiff Coalition for Fair Markets's motion to intervene, 37 , is granted without objection. Intervenor plaintiff North American Derivatives Exchange, Inc.'s motion to intervene, 48 , is granted without objection, subject to the stipulation at 50 which is accepted by the court and entered. Intervenor plaintiff North American Derivatives Exchange, Inc.'s motion to join plaintiffs' motion for preliminary injunction, 51 , is granted without objection. Briefing on plaintiffs the United States of America and the CFTC's motion for preliminary injunction 31 and intervenor plaintiff Coalition for Fair Markets's motion for preliminary injunction 60 will proceed as follows: defendants' responses to these motions are consolidated and the |

| | | |
|---|---|---|
| | | consolidated response is to be filed by 7/17/2026 and is limited to 32 pages; replies are due 7/24/2026--the parties are directed to confer regarding consolidation and page limits for replies and file a joint status report by 7/20/2026 with their proposal. Intervenor plaintiff Coalition for Fair Markets's argument (within its motion for a preliminary injunction) for a preliminary injunction due to an alleged violation of the dormant commerce clause is withdrawn without prejudice to renewal. Mailed notice. (lxk, ) (Entered: 07/14/2026) |
| 07/17/2026 | 67 | RESPONSE by Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois in Opposition to MOTION by Intervenor Plaintiff Coalition for Fair Markets for preliminary injunction<br><br>60 , MOTION by Plaintiffs Commodity Futures Trading Commission, United States of America for preliminary injunction<br><br>31 (Kinkead, Darren) (Entered: 07/17/2026) |
| 07/20/2026 | 68 | STATUS Report *(Joint)* by Commodity Futures Trading Commission<br><br>(Rubin, David) (Entered: 07/20/2026) |
| 07/22/2026 | 69 | MINUTE entry before the Honorable Martha M. Pacold: On review of the parties' joint status report 68 , the court adopts the parties' proposal. The United States and the CFTC's reply in support of its motion for preliminary injunction shall not exceed 15 pages; the Coalition for Fair Markets's reply shall not exceed 10 pages; Kalshi's reply shall not exceed 15 pages; and North American Derivative Exchange Inc. d/b/a OG's reply shall not exceed 10 pages. The plaintiffs shall coordinate with each other to eliminate any redundancies across reply briefs. Mailed notice (jjr, ) (Entered: 07/22/2026) |
| 07/24/2026 | 70 | MOTION for Leave to Appear Pro Hac Vice on behalf of Yuhaaviatam of San Manuel Nation, San Manuel Gaming and Hospitality Authority by Michael Hoenig; Filing fee $ 150, receipt number AILNDC-25429010.<br><br>(Hoenig, Michael) (Entered: 07/24/2026) |
| 07/24/2026 | 71 | MOTION for Leave to Appear Pro Hac Vice on behalf of Indian Gaming Association, National Congress of American Indians, United South and Eastern Tribes Sovereignty Protection Fund, Arizona Indian Gaming Association, California Nations Indian Gaming Association, Minnesota Indian Gaming Association, Oklahoma Indian Gaming Association, Washington Indian Gaming Association, Tribal Gaming Protection Network, National Tribal Gaming Commissioners & Regulators, Native American Fiance Officers Association, Agua Caliente Band of Cahuilla Indians, Bear River Band of the Rohnerville Rancheria, Elk Valley Rancheria, Hannahville Indian Community, Iowa Tribe of Oklahoma, Jamestown S'Klallam Tribe, Karuk Tribe, Kickapoo Traditional Tribe of Texas, Lytton Rancheria, Mashantucket Pequot Tribal Nation, Mohegan Tribe of Indians of Connecticut, Morongo Band of Mission Indians, Oneida Nation, Pechanga Band of Indians, Pueblo of Acoma, Pueblo of Sandia, Seminole Tribe of Florida, Table Mountain Rancheria, Wilton Rancheria, Yavapai-Apache Nation by Elizabeth Bower; Filing fee $ 150, receipt number AILNDC-25428982.<br><br>(Bower, Elizabeth) (Entered: 07/24/2026) |
| 07/24/2026 | 72 | MOTION for Leave to Appear Pro Hac Vice on behalf of Agua Caliente Band of Cahuilla Indians, Arizona Indian Gaming Association, Bear River Band of the |

| | | |
|---|---|---|
| | | Rohnerville Rancheria, California Nations Indian Gaming Association, Elk Valley Rancheria, Hannahville Indian Community, Indian Gaming Association, Iowa Tribe of Oklahoma, Jamestown S'Klallam Tribe, Karuk Tribe, Kickapoo Traditional Tribe of Texas, Lytton Rancheria, Mashantucket Pequot Tribal Nation, Minnesota Indian Gaming Association, Mohegan Tribe of Indians of Connecticut, Morongo Band of Mission Indians, National Congress of American Indians, National Tribal Gaming Commissioners & Regulators, Native American Fiance Officers Association, Oklahoma Indian Gaming Association, Oneida Nation, Pechanga Band of Indians, Pueblo of Acoma, Pueblo of Sandia, Seminole Tribe of Florida, Table Mountain Rancheria, Tribal Gaming Protection Network, United South and Eastern Tribes Sovereignty Protection Fund, Washington Indian Gaming Association, Wilton Rancheria, Yavapai-Apache Nation by Jens Wesley Camp; Filing fee $ 150, receipt number AILNDC-25429104.<br><br>(Camp, Jens) (Entered: 07/24/2026) |
| 07/24/2026 | 73 | MOTION for Leave to Appear Pro Hac Vice on behalf of Agua Caliente Band of Cahuilla Indians, Arizona Indian Gaming Association, Bear River Band of the Rohnerville Rancheria, California Nations Indian Gaming Association, Elk Valley Rancheria, Hannahville Indian Community, Indian Gaming Association, Iowa Tribe of Oklahoma, Jamestown S'Klallam Tribe, Karuk Tribe, Kickapoo Traditional Tribe of Texas, Lytton Rancheria, Mashantucket Pequot Tribal Nation, Minnesota Indian Gaming Association, Mohegan Tribe of Indians of Connecticut, Morongo Band of Mission Indians, National Congress of American Indians, National Tribal Gaming Commissioners & Regulators, Native American Fiance Officers Association, Oklahoma Indian Gaming Association, Oneida Nation, Pechanga Band of Indians, Pueblo of Acoma, Pueblo of Sandia, Seminole Tribe of Florida, Table Mountain Rancheria, Tribal Gaming Protection Network, United South and Eastern Tribes Sovereignty Protection Fund, Washington Indian Gaming Association, Wilton Rancheria, Yavapai-Apache Nation by Alexandra Katherine Holden; Filing fee $ 150, receipt number AILNDC-25429219.<br><br>(Holden, Alexandra) (Entered: 07/24/2026) |
| 07/24/2026 | 74 | MOTION for Leave to Appear Pro Hac Vice on behalf of Rincon Band of Luiseno Indians, Spokane Tribe of the Spokane Reservation, Santa Ynez Band of Chumash Indians by Scott David Crowell; Filing fee $ 150, receipt number AILNDC-25429629.<br><br>(Crowell, Scott) (Entered: 07/24/2026) |
| 07/24/2026 | 75 | MOTION for Leave to Appear Pro Hac Vice on behalf of Agua Caliente Band of Cahuilla Indians, Arizona Indian Gaming Association, Bear River Band of the Rohnerville Rancheria, California Nations Indian Gaming Association, Elk Valley Rancheria, Hannahville Indian Community, Indian Gaming Association, Iowa Tribe of Oklahoma, Jamestown S'Klallam Tribe, Karuk Tribe, Kickapoo Traditional Tribe of Texas, Lytton Rancheria, Mashantucket Pequot Tribal Nation, Minnesota Indian Gaming Association, Mohegan Tribe of Indians of Connecticut, Morongo Band of Mission Indians, National Congress of American Indians, National Tribal Gaming Commissioners & Regulators, Native American Fiance Officers Association, Oklahoma Indian Gaming Association, Oneida Nation, Pechanga Band of Indians, Pueblo of Acoma, Pueblo of Sandia, Seminole Tribe of Florida, Table Mountain Rancheria, Tribal Gaming Protection Network, United South and Eastern Tribes Sovereignty Protection Fund, Washington Indian Gaming Association, Wilton Rancheria, Yavapai-Apache Nation by Joseph H. Webster; Filing fee $ 150, receipt number AILNDC-25430086. |

| | | |
|---|---|---|
| | | (Webster, Joseph) (Entered: 07/24/2026) |
| 07/24/2026 | 76 | MOTION by Amicus Parties Agua Caliente Band of Cahuilla Indians, Arizona Indian Gaming Association, Bear River Band of the Rohnerville Rancheria, California Nations Indian Gaming Association, Elk Valley Rancheria, Hannahville Indian Community, Indian Gaming Association, Iowa Tribe of Oklahoma, Jamestown S'Klallam Tribe, Karuk Tribe, Kickapoo Traditional Tribe of Texas, Lytton Rancheria, Mashantucket Pequot Tribal Nation, Minnesota Indian Gaming Association, Mohegan Tribe of Indians of Connecticut, Morongo Band of Mission Indians, National Congress of American Indians, National Tribal Gaming Commissioners & Regulators, Native American Fiance Officers Association, Oklahoma Indian Gaming Association, Oneida Nation, Pechanga Band of Indians, Pueblo of Acoma, Pueblo of Sandia, Rincon Band of Luiseno Indians, San Manuel Gaming and Hospitality Authority, Santa Ynez Band of Chumash Indians, Seminole Tribe of Florida, Spokane Tribe of the Spokane Reservation, Table Mountain Rancheria, Tribal Gaming Protection Network, United South and Eastern Tribes Sovereignty Protection Fund, Washington Indian Gaming Association, Wilton Rancheria, Yavapai-Apache Nation, Yuhaaviatam of San Manuel Nation for leave to file *Amicus Brief*<br><br>(Attachments: # 1 Proposed Amicus Brief)(Bower, Elizabeth) (Entered: 07/24/2026) |
| 07/24/2026 | 77 | REPLY by Commodity Futures Trading Commission, United States of America to response in opposition to motion, 67 (Rubin, David) (Entered: 07/24/2026) |
| 07/24/2026 | 78 | REPLY by Intervenor Plaintiff North American Derivatives Exchange, Inc., d/b/a OG to motion for preliminary injunction 31 (Bernescu, Laura) (Entered: 07/24/2026) |
| 07/24/2026 | 79 | REPLY by Intervenor Plaintiff Coalition for Fair Markets to motion for preliminary injunction 60 (Owen, Matthew) (Entered: 07/24/2026) |
| 07/28/2026 | 80 | NOTICE by Commodity Futures Trading Commission, United States of America *re: Supplemental Authority* (Attachments: # 1 Exhibit Supplemental Authority)(Rubin, David) (Entered: 07/28/2026) |
| 07/29/2026 | 81 | MOTION by Defendants Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois for leave to file *supplemental authority*<br><br>(Attachments: # 1 United States v. Wisconsin)(Kinkead, Darren) (Entered: 07/29/2026) |
| 07/31/2026 | 82 | MINUTE entry before the Honorable Martha M. Pacold: Michael Hoenig's motion for leave to appear pro hac vice on behalf of Yuhaaviatam of San Manuel Nation and the San Manuel Gaming and Hospitality Authority, 70 , is granted. Elizabeth A. Bower's, Jens W. Camp's, Alexandra K. Holden's, and Joseph H. Webster's motions for leave to appear pro hac vice on behalf of amici curiae organizations and Tribes, 71 , 72 , 73 , 75 are granted. Scott David Crowell's motion for leave to appear pro hac vice on behalf of Rincon Band of Luison Indians, Santa Ynez Chumash Indians, Spokane Tribe, 74 , is granted. The Tribal Amici's unopposed motion for leave to file amicus brief, 76 , is granted. The Tribal Amici should promptly file their amicus brief separately on the docket. Mailed notice. (lxk, ) (Entered: 07/31/2026) |
| 07/31/2026 | 83 | MINUTE entry before the Honorable Martha M. Pacold: Defendants' motion for leave to cite supplemental authority, 81 , is granted. Mailed notice. (lxk, ) (Entered: |

| | | |
|---|---|---|
| | | 07/31/2026) |
| 07/31/2026 | 84 | BRIEF filed by Tribal Amici (Bower, Elizabeth) (Entered: 07/31/2026) |
| 08/04/2026 | 85 | MOTION by Defendants Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois for leave to file *supplemental authority*<br><br>(Attachments: # 1 KalshiEX LLC v. Cox)(Kinkead, Darren) (Entered: 08/04/2026) |
| 08/05/2026 | 86 | MINUTE entry before the Honorable Sunil R. Harjani: In light of this civil action being reassigned to District Judge Pacold, the status hearing previously set for 8/11/2026 is stricken. Mailed notice (lxs, ) (Entered: 08/05/2026) |
| 08/06/2026 | 87 | MINUTE entry before the Honorable Martha M. Pacold: Defendants' motion for leave to cite supplemental authority, 85 , is granted. Mailed notice. (lxk, ) (Entered: 08/06/2026) |
| 08/06/2026 | 88 | MOTION by Defendants Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois for leave to file *supplemental authority*<br><br>(Attachments: # 1 Coinbase Financial Markets, Inc. v. Nessel)(Kinkead, Darren) (Entered: 08/06/2026) |
| 08/10/2026 | 89 | MINUTE entry before the Honorable Martha M. Pacold: Defendants' motion for leave to cite supplemental authority, 88 , is granted. Mailed notice. (lxk, ) (Entered: 08/10/2026) |
| 08/10/2026 | 90 | MOTION by Defendants Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois for leave to file *supplemental authority*<br><br>(Attachments: # 1 KalshiEX LLC v. Cafferelli, # 2 Coinbase Financial Markets, Inc. v. Tong)(Kinkead, Darren) (Entered: 08/10/2026) |
| 08/13/2026 | 91 | MINUTE entry before the Honorable Martha M. Pacold: Defendants' motion for leave to cite supplemental authority, 90 , is granted. Mailed notice. (lxk, ) (Entered: 08/13/2026) |
| 08/28/2026 | 92 | MOTION by Defendants Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois for leave to file *supplemental authority*<br><br>(Attachments: # 1 KalshiEX LLC v. Assad)(Kinkead, Darren) (Entered: 08/28/2026) |
| 09/01/2026 | 93 | MINUTE entry before the Honorable Martha M. Pacold: Defendants' motion for leave to cite supplemental authority, 92 , is granted. Mailed notice. (lxk, ) (Entered: 09/01/2026) |
| 09/08/2026 | 94 | MOTION by Defendants Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois for leave to file *supplemental authority*<br><br>(Attachments: # 1 KalshiEX LLC v. Bird)(Kinkead, Darren) (Entered: 09/08/2026) |
| 09/10/2026 | 95 | MINUTE entry before the Honorable Martha M. Pacold: Defendants' motion for leave to cite supplemental authority, 94 , is granted. Mailed notice. (lxk, ) (Entered: 09/10/2026) |

| | | |
|---|---|---|
| 09/28/2026 | 96 | MOTION by Defendants Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois for leave to file *supplemental authority*<br><br>(Attachments: # 1 KalshiEX LLC v. Schuler)(Kinkead, Darren) (Entered: 09/28/2026) |
| 10/02/2026 | 97 | MINUTE entry before the Honorable Martha M. Pacold: Defendants' motion for leave to cite supplemental authority, 96 , is granted. Mailed notice. (lxk, ) (Entered: 10/02/2026) |
| 10/02/2026 | 98 | MINUTE entry before the Honorable Martha M. Pacold: For the reasons in the attached memorandum opinion and order, the motions for a preliminary injunction 31 and 60 is granted in part and continued in part. By October 29, 2026, the parties shall confer and file a proposed injunction consistent with this opinion and Fed. R. Civ. P. 65. Meanwhile, parties shall file a joint status report suggesting a proposed schedule for supplemental briefing on the issue of fees by October 8, 2026. Mailed notice. (lxk, ) (Entered: 10/02/2026) |
| 10/02/2026 | 99 | MEMORANDUM Opinion and Order. Signed by the Honorable Martha M. Pacold on 10/2/2026. Mailed notice. (lxk, ) (Entered: 10/02/2026) |
| 10/05/2026 | 100 | MOTION by Attorney Alexandra McTague Schulte to withdraw as attorney for United States of America. No party information provided<br><br>(Schulte, Alexandra) (Entered: 10/05/2026) |
| 10/08/2026 | 101 | STATUS Report by Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois<br><br>(Kinkead, Darren) (Entered: 10/08/2026) |
| 10/09/2026 | 102 | MINUTE entry before the Honorable Martha M. Pacold: The court has received the parties' joint status report 101 . The deadline to file a proposed injunction by 10/29/2026 stands 98 , although the parties should feel free to file a proposed injunction sooner. Mailed notice (mjc, ) (Entered: 10/09/2026) |
| 10/29/2026 | 103 | MOTION by Plaintiff United States of America to substitute attorney *Alexandra Schulte*<br><br>(Borgerson, Timothy) (Entered: 10/29/2026) |
| 10/30/2026 | 104 | MINUTE entry before the Honorable Martha M. Pacold: On review of the joint status report 101 and the proposed preliminary injunction submitted to the proposed order box, and for the reasons in the memorandum opinion and order 99 and status report 101 , the motions for preliminary injunction 31 , 51 , 60 are granted. The proposed preliminary injunction is adopted. Enter preliminary injunction. By 11/12/26, the parties should file a joint status report proposing next steps. Mailed notice (mjc, ) (Entered: 10/30/2026) |
| 10/30/2026 | 105 | PRELIMINARY INJUNCTION Signed by the Honorable Martha M. Pacold on 10/30/2026. Mailed notice(mjc, ) (Entered: 10/30/2026) |
| 10/30/2026 | 106 | NOTICE of appeal by Sean Brannon, Stephen R. Ferrara, Marcus D. Fruchter, Dionne R. Hayden, Caleb J. Melamed, JB Pritzker, Kwame Raoul, State of Illinois regarding orders 105 Filing fee $ 605, receipt number AILNDC-25887087. Receipt number: n (Kinkead, Darren) (Entered: 10/30/2026) |

| | | |
|---|---|---|
| 11/02/2026 | 107 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal, 106 (bi, ) (Entered: 11/02/2026) |